# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

E-filing     **CR 08      0570**

ADRIAN LEE

**PJH**

DEFENDANT(S).

---

## INDICTMENT

Violation: 21 U.S.C. Sections 841(a)(1) and (b)(1)(B)(iii) - Possession of a Controlled Substance with Intent to Distribute

---

INDICT
A true bill.

_____
Foreman

Filed in open court this __21__ day of __AUGUST__
2008

_____
Clerk

Bail, $ No bail warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT               Name of District Court, and/or Judge/Magistrate Location
                                   ☐ SUPERSEDING              NORTHERN DISTRICT OF CALIFORNIA
                                                              SAN FRANCISCO DIVISION
─── OFFENSE CHARGED ───

21 U.S.C. Sections 841(a)(1) and (b)(1)(B)(iii)    ☐ Petty

                                                   ☐ Minor          ─ DEFENDANT - U.S ─
                                                                    ▶ ADRIAN LEE
                                                   ☐ Misde-
                                                     meanor
                                                                    DISTRICT COURT NUMBER
                                                   ☒ Felony
PENALTY:   40 years imprisonment; 5 years mandatory minimum
           imprisonment; $2 million fine; $100 special assessment; and 5
           years of supervised release.                             CR 08          0570
                                         E-filing

FILED AUG 21 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

                                                                    ─── DEFENDANT ───
─── PROCEEDING ───                                                  IS NOT IN CUSTODY                              PJH
Name of Complaintant Agency, or Person (& Title, if any)            Has not been arrested, pending outcome this proceeding.
                                                                    1) ☒ If not detained give date any prior
                A.T.F./ S.F.P.D.                                         summons was served on above charges ▶ ____

☒ person is awaiting trial in another Federal or State Court,       2) ☐ Is a Fugitive
   give name of court

         San Francisco Superior Court                               3) ☐ Is on Bail or Release from (show District)

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.   Show District             IS IN CUSTODY

                                                                    4) ☐ On this charge

☐ this is a reprosecution of
   charges previously dismissed                                     5) ☐ On another conviction
   which were dismissed on motion         SHOW                                                    } ☐ Federal  ☐ State
   of:                                    DOCKET NO.                6) ☐ Awaiting trial on other charges
   ☐ U.S. ATTORNEY   ☐ DEFENSE
                                                                       If answer to (6) is "Yes", show name of institution
                                                                    _____
☐ this prosecution relates to a
   pending case involving this same                                 Has detainer  ☐ Yes    } If "Yes"
   defendant                              MAGISTRATE                been filed?   ☒ No       give date filed ____
                                          CASE NO.
☐ prior proceedings or appearance(s)                                DATE OF        ▶    Month/Day/Year
   before U.S. Magistrate regarding this                            ARREST              ____
   defendant were recorded under
                                                                    Or... if Arresting Agency & Warrant were not
Name and Office of Person                                           DATE TRANSFERRED  ▶   Month/Day/Year
Furnishing Information on this form     Brian Stretch               TO U.S. CUSTODY       ____
                          ☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.                                              ☐ This report amends AO 257 previously submitted
Attorney (if assigned)           Brian Stretch

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
  ☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT          Bail Amount: No Bail
  If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance             * Where defendant previously apprehended on complaint, no new summons or
  Defendant Address:                                warrant needed, since Magistrate has scheduled arraignment

                                                   Date/Time: ____           Before Judge: ____

  Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**E-filing**

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PJH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>ADRIAN LEE,<br>  Defendant. | CR 08  0570<br>VIOLATION: 21 U.S.C. § 841(a)(1) --<br>Possession of a Controlled Substance<br>with Intent to Distribute<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about June 26, 2008, in the Northern District of California, the defendant,

ADRIAN LEE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture or substance containing cocaine base, in

//

INDICTMENT

1  violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).
2
3
4  DATED: 8-21-08                              A TRUE BILL
5
6                                              FOREPERSON
7
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
10
   GREGG LOWDER
11 Chief, Major Crimes Section
12
13 (App'd as to form:
                       AUSA Stretch
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT